# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00791-CV

**Eugenio Espinoza Martinez, Appellant**

**v.**

**Kathleen Anne Lozano Martinez, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT NO. 12-1114-F425, HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Kathleen Anne Lozano Martinez has notified this Court that the divorce decree in the underlying cause should be reversed because Eugenio Espinoza Martinez did not receive adequate notice of the final hearing.

We abate this appeal and remand this cause to the trial court for a hearing and findings about whether Eugenio Espinoza Martinez received adequate notice of the final hearing. A supplemental clerk's record containing the trial court's findings and the reporter's record of the hearing shall be filed no later than August 26, 2013.

Before Justices Puryear, Pemberton, and Rose

Abated

Filed:   June 27, 2013